FILED

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

JAN 2 3 2018

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

| | | |
|---|---|---|
| GERARDO MARES, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. |
| | § | DR-16-CV-160–AM/CW |
| STATE FARM LLOYDS AND | § | |
| CARLOS PIEDRAHITA, | § | |
|     Defendants. | § | |

## ORDER

Pending before the Court is the parties' Agreed Motion to Dismiss. (ECF No. 18.) After considering the motion, it is hereby **ORDERED** that the motion is **GRANTED**. Accordingly, all claims against the Defendants State Farm Lloyds and Carlos Piedrahita are **DISMISSED**. It is further **ORDERED** that a clerk's judgment shall issue immediately, terminating the present cause of action.

SIGNED this 23rd day of January, 2018.

_____
ALIA MOSES
UNITED STATES DISTRICT JUDGE